IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

JAMES EDWARD GIST, )
)
v. ) 2:11-cv-0091
)
MICHAEL ASTRUE, Commissioner of Social )
Social Security )

## O R D E R

Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends affirmance of the Administrative Law Judge and dismissal of the Plaintiff's case.

The Plaintiff has timely filed objections thereto, insisting that the Administrative Law Judge failed to adequately analyze Plaintiff's pain. The Magistrate Judge has thoroughly discussed the record and finds substantial support for the commissioner's finding of no disability. The Court concurs.

The Plaintiff's Motion for Judgment on the Administrative Record, Document #15, is **DENIED** and this case is **DISMISSED**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge